

**MUSC Health**
Medical University of South Carolina

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

November 21, 2025

 P1674-L01-0139078 P007 T00350 *********ALL FOR AADC 294

[redacted]

Dear Camren McLamore:

We are writing to inform you about a recent incident at a third-party electronic health record ("EHR") software vendor, Cerner ("Cerner" or "the vendor"), previously used at MUSC Health Florence Medical Center ("MUSC Health Florence") that may have involved information about you. We want to provide you with information about the incident, steps we are taking in response, and steps you may take to guard against identity theft and fraud, should you feel it is appropriate to do so.

**WHAT HAPPENED.** On March 15, 2025, the vendor informed us that an unauthorized third party gained access to legacy Cerner systems as early as January 22, 2025, and obtained certain data. The vendor informed us that, upon learning of the incident, it initiated its critical incident response process, took steps to secure the impacted systems, began an investigation and engaged external cybersecurity specialists. The vendor also informed us that law enforcement investigators directed them to delay notifying hospital customers and patients about this incident because it could have impeded their investigation.

**WHAT INFORMATION WAS INVOLVED.** On September 26, 2025, the vendor provided us with a list of patients whose information may have been involved in this incident, following a complex data review and analysis. The personal information involved in this incident may have included your name, Social Security number, and information included within patient medical records, such as medical record numbers, doctors, diagnoses, medicines, test results, images, care and treatment.

**WHAT WE ARE DOING.** We began investigating the incident in coordination with the vendor as soon as we learned of it and reported the incident to law enforcement. The security incident occurred at the vendor's IT systems. This incident did not involve a compromise of any of MUSC Health Florence's IT systems, and did not cause any disruption to our clinical operations. The recent incident does not impact your ability to receive clinical services from us. MUSC Health Florence no longer uses Cerner to host our EHR, and remains committed to upholding high standards of custodianship of patient information with our third-party vendors.

**WHAT YOU CAN DO.** Although we are not aware of any information involved in this incident being used for fraud or identity theft, we, along with the vendor, are offering complimentary access to Experian IdentityWorks[SM] Credit Plus 3B for 24 months. This product helps detect possible misuse of your personal information and provides identity protection services focused on identification and resolution of identity theft. IdentityWorks[SM] is completely free to you and enrolling in this program will not hurt your credit score. For more information on identity theft prevention and IdentityWorks[SM] Credit Plus 3B, including instructions on how to activate your complimentary membership, please see the additional information provided with this letter.

*Please note that Identity Restoration is available to you for 24 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration. While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 24-month membership. This product provides you with superior identity detection and resolution of identity theft. See Appendix for additional details.*

**FOR MORE INFORMATION.** If you have further questions or concerns, or would like an alternative to enrolling online, please call 833-745-1429 toll-free Monday through Friday from 9 am – 9 pm Eastern (excluding major U.S. holidays). Please be prepared to provide your engagement number B155212.

Sincerely,

MUSC Health Florence

B155212

### Activate IdentityWorks Credit Plus 3B Now in Three Easy Steps

1. ENROLL by: **February 28, 2026** (Your code will not work after this date.)
2. VISIT the **Experian IdentityWorks website** to enroll: **www.experianidworks.com/3bplus**
3. PROVIDE the **Activation Code:** ZNQ3GW478

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 833-745-1429 by February 28, 2026. Be prepared to provide engagement number B155212 as proof of eligibility for the identity restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR 24-MONTH EXPERIAN IDENTITYWORKS CREDIT PLUS 3B MEMBERSHIP:

A credit card is **not** required for enrollment in Experian IdentityWorks Credit Plus 3B.

You can contact Experian **immediately without needing to enroll in the product** regarding any fraud issues. Identity Restoration specialists are available to help you address credit and non-credit related fraud.
Once you enroll in Experian IdentityWorks, you will have access to the following additional features:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian, Equifax and Transunion files for indicators of fraud.
- **Internet Surveillance:** Technology searches the web, chat rooms & bulletin boards 24/7 to identify trading or selling of your personal information on the Dark Web.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **Up to $1 Million Identity Theft Insurance**:** Provides coverage for certain costs and unauthorized electronic fund transfers.

If you believe there was fraudulent use of your information and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent at 833-745-1429. If, after discussing your situation with an agent, it is determined that Identity Restoration support is needed, then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that this Identity Restoration support is available to you for one year from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration. You will also find self-help tips and information about identity protection at this site.

* Offline members will be eligible to call for additional reports quarterly after enrolling.

** The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.